944 A.2d 75

**In re The NOMINATION PAPERS OF Mauree GINGRICH as a Candidate for Representative in The General Assembly in the 101st Legislative District,**

**Appeal of Russell H. Diamond.**

Supreme Court of Pennsylvania.

Submitted on Briefs March 14, 2008.

Decided April 3, 2008.

---

Lawrence M. Otter, Harrisburg, for Russell H. Diamond, appellant.

Linda J. Shorey, Marsha Ann Sajer, Anthony Richard Holtzman, Kirkpatrick & Lockhart Preston Gates Ellis, LLP, Harrisburg, for Mauree Gingrich, appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

Justice SAYLOR did not participate in the consideration or decision of this matter.